**No. 17-51060**

# In the United States Court of Appeals for the Fifth Circuit

WHOLE WOMAN'S HEALTH, ET AL.,
*Plaintiffs-Appellees,*

*v.*

KEN PAXTON, ATTORNEY GENERAL OF TEXAS, ET AL.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Western District of Texas, Austin Division
No. 1:17-cv-00690

## UNOPPOSED MOTION TO VIEW SEALED PORTION OF RECORD

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

SCOTT A. KELLER
Solicitor General
scott.keller@oag.texas.gov

HEATHER GEBELIN HACKER
BETH KLUSMANN
Assistant Solicitors General

*Counsel for Defendant-Appellant
Ken Paxton*

CHRISTOPHER D. HILTON
christopher.hilton@oag.texas.gov

*Counsel for Defendants-Appellants
Faith Johnson, Sharen Wilson, and
Abelino Reyna*

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

| Plaintiffs-Appellees | Former or present counsel |
|---|---|
| <ul><li>Whole Woman's Health</li><li>Planned Parenthood Center for Choice</li><li>Planned Parenthood of Greater Texas Surgical Health Services</li><li>Planned Parenthood South Texas Surgical Center</li><li>Alamo City Surgery Center, P.L.L.C. dba Alamo Women's Reproductive Services</li><li>Southwestern Women's Surgery Center</li><li>Nova Health Systems, Inc.</li><li>Curtis Boyd, M.D.</li><li>Robin Wallace, M.D., M.A.S.</li><li>Bhavik Kumar, M.D., M.P.H.</li><li>Alan Braid, M.D.</li></ul> | <ul><li>Patrick J. O'Connell</li></ul>Law Offices of Patrick J. O'Connell PLLC<ul><li>Janet Crepps</li><li>Molly Duane</li><li>David P. Brown</li><li>Madeline Gomez</li><li>Autumn Katz</li><li>Zoe Levine</li><li>Jenny Ma</li><li>Rabia Muqaddam</li><li>Christine Parker</li><li>Julie Rikelman</li><li>Caroline Sacerdote</li><li>Hillary Schneller</li><li>Genevieve Scott</li><li>Jessica Sklarsky</li></ul>Center for Reproductive Rights<ul><li>Melissa Cohen</li><li>Jennifer Keighley</li></ul>Planned Parenthood Federation of America<ul><li>J. Alexander Lawrence</li><li>Amber Shubin</li></ul>Morrison & Foerster LLP |
| **Defendants-Appellants** | **Former or present counsel** |
| <ul><li>Ken Paxton, in his official capacity as Attorney General of Texas</li><li>Faith Johnson, in her official capacity as District Attorney for Dallas County</li></ul> | <ul><li>Ken Paxton</li><li>Jeffrey C. Mateer</li><li>Scott A. Keller</li><li>Heather Gebelin Hacker</li><li>Beth Klusmann</li><li>Christopher D. Hilton</li></ul> |

- Sharen Wilson, in her official capacity as Criminal District Attorney for Tarrant County
- Abelino Reyna, in his official capacity as Criminal District Attorney for McLennan County
- Margaret Moore, in her official capacity as District Attorney for Travis County
- Nicholas LaHood, in his official capacity as Criminal District Attorney for Bexar County
- Jaime Esparza, in his official capacity as District Attorney for El Paso County
- Ricardo Rodriguez, Jr., in his official capacity as Criminal District Attorney for Hidalgo County
- Kim Ogg, in her official capacity as Criminal District Attorney for Harris County

- Brantley D. Starr
- James E. Davis
- Darren McCarty
- Angela V. Colmenero
- Andrew B. Stephens
- Adam A. Biggs
- Emily Ardolino
- Benjamin S. Walton
- Summer R. Lee
- John S. Langley

Office of the Attorney General

- Laurie R. Eiserloh, Travis County
- Josephine L. Ramirez, Hidalgo County

/s/ Scott A. Keller
SCOTT A. KELLER

ii

Defendants-Appellants request that this Court direct the district court to release the sealed portions of the record on appeal to appellate counsel.[1]

1.    The district court entered a permanent injunction on November 22, 2017. ROA.1613, 1615-17. Defendants filed their notice of appeal on November 22, 2017. ROA.1618-21.

2.    The electronic record on appeal was filed with this Court on January 17, 2018. The sealed materials were not included in the electronic record on appeal.

3.    Defendants-Appellants anticipate discussing and citing several portions of the sealed record on appeal, including in Appellants' brief, which is due to be filed on or before February 26, 2017. Movants require access to the sealed portions of the record to aid in preparation of the brief and ensure accurate citations.

4.    The sealed portions of the record are Defendants' Exhibits 8, 13, 56, and 64 (Dkt. 169-19 through 169-37).

---

[1] Counsel for Plaintiffs-Appellees advised on February 5, 2018 that Plaintiffs-Appellees do not oppose this motion.

## Conclusion

The Court should grant the motion and order the district court clerk to release the sealed portions of the record on appeal to appellate counsel.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Jeffrey C. Mateer
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

/s/Scott A. Keller
Scott A. Keller
Solicitor General
scott.keller@oag.texas.gov

Heather Gebelin Hacker
Beth Klusmann
Assistant Solicitors General

*Counsel for Defendant-Appellant Ken Paxton*

Christopher D. Hilton
christopher.hilton@oag.texas.gov

*Counsel for Defendants-Appellants Faith Johnson, Sharen Wilson, and Abelino Reyna*

## CERTIFICATE OF SERVICE

On February 5, 2018, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Scott A. Keller
SCOTT A. KELLER

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 185 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Scott A. Keller
SCOTT A. KELLER